AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2026

SEAN F. McAVOY, CLERK

SATNAM S. RANDHAWA,

*Plaintiff*

v.

PHILIP MARKER and MARK FOSTER,

*Defendant*

)
)
)
)
)
)

Civil Action No.   4:24-CV-05027-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Defendants' Motion for Summary Judgment (ECF No. 41) is GRANTED.
Judgment is entered in favor of Defend and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   STANLEY A. BASTIAN

Date:   07/14/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*