FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SATNAM S. RANDHAWA,<br>Plaintiff,<br>v.<br>PHILIP MARKER and MARK FOSTER,<br>Defendants. | No. 4:24-CV-05027-SAB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiff's Motion for Reconsideration, ECF No. 56. Plaintiff is a prisoner at the Washington State Penitentiary who is representing himself in this matter. Defendants are represented by Alicia Mac.

Motions for reconsideration are disfavored and should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law. *Kona Enterprises, Inc. v. Estate of Bishop*, 229, F.3d 877, 890 (9th Cir. 2000). A Rule 59(e) motion may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation. *Id.*

On July 14, 2026, the Court granted Defendant' Motion for Summary Judgment. ECF No. 52. The Court ruled that Defendants were entitled to qualified

immunity. It also found that no reasonable jury could find that Defendants discriminated against Plaintiff on account of his race.

Plaintiff has not shown that reconsideration of the Court's Order granting summary judgment is appropriate. Plaintiff is not making any new arguments that he did not make in opposition to Defendants' motion. Moreover, Plaintiff has not shown Defendants should not be entitled to qualified immunity. Plaintiff has not identified clearly established law that would put Defendants on notice that their alleged conduct violated Plaintiff's constitutional rights.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Reconsideration, ECF No. 56, is **DENIED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide a copy to Plaintiff and counsel, and **close** the file.

**DATED** this 5th day of November 2026.

Stan Bastian
Chief United States District Judge